**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2156**

---

SHERIKA L. JONES,

Plaintiff - Appellant,

versus

TYSON FOODS, INCORPORATED; JAKE CLARKE, a/k/a
Daniel Clarke,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (CA-04-276-3)

---

Submitted:  February 28, 2005          Decided:  April 14, 2005

---

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael D. Hancock, PETTY, MULLEN, HANCOCK, P.L.L.C., Richmond,
Virginia, for Appellant.  Rafael E. Morell, OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C., Washington, D.C., for Appellee Tyson
Foods, Inc.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sherika L. Jones appeals the district court's order denying relief on her Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Jones v. Tyson Foods, Inc.</u>, No. CA-04-276-3 (E.D. Va. Aug. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>